**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANTHONY ELIJAH KILGORE, | ) | NO. CV 14-722-BRO(E) |
| Petitioner, | )<br>) | |
| v. | )<br>) | ORDER ACCEPTING FINDINGS, |
| | ) | CONCLUSIONS AND RECOMMENDATIONS |
| ELVIN VALENZUELA, Warden, | )<br>) | OF UNITED STATES MAGISTRATE JUDGE |
| Respondent. | )<br>) | |

        Pursuant to 28 U.S.C. section 636, the Court has reviewed the
Petition, all of the records herein and the attached Report and
Recommendation of United States Magistrate Judge.  The Court accepts
and adopts the Magistrate Judge's Report and Recommendation.

        IT IS ORDERED that Judgment be entered denying and dismissing
Petitioner's ex post facto claim without prejudice and denying and
dismissing Petitioner's other claims with prejudice.

        IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
the Magistrate Judge's Report and Recommendation and the Judgment

herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 13, 2014.

_____
                BEVERLY REID O'CONNELL
              UNITED STATES DISTRICT JUDGE