**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANTHONY ELIJAH KILGORE, | ) | NO. CV 14-722-BRO(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| ELVIN VALENZUELA, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Petitioner's ex post facto claim is denied and dismissed without prejudice and Petitioner's other claims are denied and dismissed with prejudice.

DATED: August 13, 2014.

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE